IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PEDRO ALEXANDER PALACIOS,<br><br>    Defendant.<br>_____/ | No. CR 05-00339 JSW<br><br>**ORDER RECOMMENDING TRANSFER TO FEDERAL DETENTION CENTER AT DUBLIN, CALIFORNIA** |

On the basis of representations made in the ex parte declaration of William Weiner in support of the defendant's request to be transferred from custody, which is and shall remain under seal until further order to this Court, the Court recommends that the Defendant, Pedro Alexander Palacios, be transferred from custody at the Santa Rita Jail to custody at the Federal Detention Center at Dublin, California, pending trial in this matter.

**IT IS SO ORDERED.**

Dated: July 11, 2005

                                                                              /s/ Jeffrey S. White<br>
                                                                              JEFFREY S. WHITE<br>
                                                                              UNITED STATES DISTRICT JUDGE

cc:    United States Marshall Service