| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | CHRISTINE S. WATSON (CSBN 218006)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6838 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00339 JSW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER AND STIPULATION |
| v. | ) ) | EXCLUDING TIME FROM JUNE 23, 2005 TO JULY 28, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION |
| PEDRO ALEXANDER PALACIOS, | ) ) | (18 U.S.C. § 3161(h)(8)(A)) |
| Defendant. | ) ) | |

The parties appeared before the Court on June 23, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling trial setting hearing date of July 28, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 23, 2005 to July 28, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

//

STIPULATION AND ORDER
CR 05-00339 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 23, 2005 to July 28, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 23, 2005 to July 28, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a trial setting hearing date of July 28, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White.

IT IS SO STIPULATED.

DATED: _____ /S/ _____
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: _____ /S/ _____
WILLIAM WEINER
Attorney for Pedro Alexander Palacios

IT IS SO ORDERED.

DATED: July 25, 2005

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND ORDER
CR 05-00339 JSW                                 2