KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00339 JSW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 28, 2005 TO AUGUST 25, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| PEDRO ALEXANDER PALACIOS, | |
| Defendant. | |

     The parties appeared before the Court on July 28, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on August 25, 2005, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 28, 2005 to August 25, 2005. The parties agreed, and the Court found and held, as follows:

     1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the need for production of deportation hearing tapes and difficulties meeting with his client, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00339 JSW                            1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 28, 2005 to August 25, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 28, 2005 to August 25, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. The parties will appear at a status hearing on August 25, 2005, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: _____8/2/05_____         _____/s/_____
                                     TRACIE L. BROWN
                                     Assistant United States Attorney

DATED: _____8/3/05_____         _____/s/_____
                                     WILLIAM WEINER
                                     Attorney for Pedro Alexander Palacios

IT IS SO ORDERED.

DATED: August 4, 2005                _____
                                     THE HON. JEFFREY S. WHITE
                                     United States District Judge

STIPULATION AND ORDER
CR 05-00339 JSW                              2