KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00339 JSW |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ~~[PROPOSED]~~ |
| | ) | ORDER EXCLUDING TIME FROM |
| PEDRO ALEXANDER PALACIOS, | ) | AUGUST 25, 2005 TO OCTOBER 6, 2005 |
| | ) | FROM THE SPEEDY TRIAL ACT |
|     Defendant. | ) | CALCULATION (18 U.S.C. |
| _____ | ) | § 3161(h)(8)(A)) |

    The parties appeared before the Court on August 25, 2005.  With the agreement of the

parties, and with the consent of the defendant, the Court enters this order scheduling a status

hearing on October 6, 2005, at 2:30 p.m., and documenting the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 25, 2005 to October 6, 2005.  The

parties agreed, and the Court found and held, as follows:

    1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

the requested continuance would unreasonably deny defense counsel reasonable time necessary

for effective preparation, taking into account counsel's need to review recently-produced

deportation hearing tapes and certain difficulties meeting with his client, and would deny the

STIPULATION AND ORDER
CR 05-00339 JSW                     1

defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 25, 2005 to October 6, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 25, 2005 to October 6, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. The parties will appear at a status hearing on October 6, 2005, at 2:30 p.m.

IT IS SO STIPULATED.


DATED: _____9/7/05_____          _____/s/_____
                                       TRACIE L. BROWN
                                       Assistant United States Attorney


DATED: _____9/8/05_____          _____/s/_____
                                       WILLIAM WEINER
                                       Attorney for Pedro Alexander Palacios

        IT IS SO ORDERED.

DATED: September 19, 2005              _____
       _____        THE HON. JEFFREY S. WHITE
                                       United States District Judge

STIPULATION AND ORDER
CR 05-00339 JSW                    2