KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> PEDRO ALEXANDER PALACIOS, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-00339 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 6, 2005 TO OCTOBER 27, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     The parties appeared before the Court on October 6, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on October 27, 2005, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 6, 2005 to October 27, 2005. The parties agreed, and the Court found and held, as follows:

     1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the imminent appointment of advisory counsel for the defendant and counsel's need to subpoena documents from the California Department of

STIPULATION AND ORDER
CR 05-00339 JSW                               1

1  Corrections, and would deny the defendant continuity of counsel.

2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from October 6, 2005 to October 27, 2005, outweigh the best interest of the
4  public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from October 6, 2005 to October 27, 2005, be excluded from Speedy Trial Act calculations under
7  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      5. The parties will appear at a status hearing on October 27, 2005, at 2:30 p.m.

9      IT IS SO STIPULATED.

11  DATED: _____10/11/05_____     _____/s/_____
12      TRACIE L. BROWN
    Assistant United States Attorney

14  DATED: ____10/11/05_____     _____/s/_____
15      WILLIAM WEINER
    Attorney for Pedro Alexander Palacios

16      IT IS SO ORDERED.

18  DATED: October 14, 2005     _____/s/ Jeffrey S. White_____
19      THE HON. JEFFREY S. WHITE
    United States District Judge

STIPULATION AND ORDER
CR 05-00339 JSW     2