WILLIAM WEINER, ESQ. (S.B. #48845)
LAW OFFICES OF WILLIAM WEINER
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 543-5805
Facsimile: (415) 274-8770

Attorney for Defendant Pedro Alexander Palacios

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>PEDRO ALEXANDER PALACIOS,<br><br>    Defendant | CASE NO. CR 005-00339 JSW<br><br>[PROPOSED] ORDER REQUIRING THE FEDERAL DETENTION CENTER TO PERMIT (1) MR. WILLIAM WEINER TO PROVIDE DEFENDANT PEDRO ALEXANDER PALACIOS WITH SIX AUDIO CASSETTE TAPES AND A CASSETTE TAPE PLAYER, AND (2) DEFENDANT PEDRO ALEXANDER PALACIOS TO USE THE TAPE PLAYER TO LISTEN TO THE SIX CASSETTE TAPES, AND MAKE NOTES OF WHAT HE LEARNS<br><br>_____ |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that The Federal Detention Center at Dublin, California permit

(1) Mr. William Weiner to provide Defendant Pedro Alexander Palacios with six audio cassette tapes and a cassette tape player, and

(2) Defendant Pedro Alexander Palacios to use the tape player to listen to the six cassette tapes, and make notes of what he learns, if he wishes.

---

[PROPOSED] ORDER REQUIRING THE FEDERAL DETENTION CENTER TO PERMIT (1) MR. WILLIAM WEINER TO PROVIDE DEFENDANT PEDRO ALEXANDER PALACIOS WITH SIX AUDIO CASSETTE TAPES AND A CASSETTE TAPE PLAYER, AND (2) DEFENDANT PEDRO ALEXANDER PALACIOS TO USE THE TAPE PLAYER TO LISTEN TO THE SIX CASSETTE TAPES, AND MAKE NOTES OF WHAT HE LEARNS

This Order is to be carried out consistent with the security concerns and rules and regulations of the Federal Detention Center at Dublin, California.

**IT IS SO ORDERED.**

DATED: October 28, 2005

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Court Judge

---

[PROPOSED] ORDER REQUIRING THE FEDERAL DETENTION CENTER TO PERMIT (1) MR. WILLIAM WEINER TO PROVIDE DEFENDANT PEDRO ALEXANDER PALACIOS WITH SIX AUDIO CASSETTE TAPES AND A CASSETTE TAPE PLAYER, AND (2) DEFENDANT PEDRO ALEXANDER PALACIOS TO USE THE TAPE PLAYER TO LISTEN TO THE SIX CASSETTE TAPES, AND MAKE NOTES OF WHAT HE LEARNS

Page 2