```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 188349)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-6917
 7     Facsimile: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 05-00339 JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER RE-SETTING HEARING DATES AND EXCLUDING TIME FROM NOVEMBER 10, 2005 TO DECEMBER ~~1~~, 8 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| PEDRO ALEXANDER PALACIOS, | |
| Defendant. | |

The parties appeared before the Court on October 27, 2005. On November 10, 2005, the parties were scheduled to appear at 9:30 a.m. before the Honorable Edward M. Chen for waiver of indictment and arraignment on the Information, as well as at 2:30 p.m. before the Honorable Jeffrey S. White for entry of guilty plea and Fast-Track sentencing. However, counsel for the Defendant is currently out of state because he has recently suffered a loss in his family that will preclude him from making those two appearances.

Accordingly, with the agreement of the parties, the Court enters this order (1) scheduling a hearing before the Honorable Elizabeth D. Laporte on December 1, 2005 at 9:30 a.m. for waiver of indictment and arraignment; (2) scheduling another hearing on December 1, 2005 at 2:30 p.m. before the Honorable Jeffrey S. White for entry of plea and sentencing; and (3)

documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 10, 2005 to December 1, 2005. The parties have agreed, and the Court finds and holds, as follows:

1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would deny the defendant continuity of counsel in light of his counsel's personal loss.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 10, 2005 to December 8, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, the Court orders that the period from November 10, 2005 to December 8, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. The parties will appear before the Honorable Elizabeth D. Laporte on December 8, 2005 at 9:30 a.m. and before the Honorable Jeffrey S. White on December 8, 2005 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: _____11/9/05_____    ____/s/_____
                                      TRACIE L. BROWN
                                      Assistant United States Attorney


DATED: ____11/9/05_____    ____/s/_(by telephonic approval)_____
                                WILLIAM WEINER
                                Attorney for Pedro Alexander Palacios

IT IS SO ORDERED.

DATED: November 9, 2005          _____
                                 THE HON. JEFFREY S. WHITE
                                 United States District Judge

STIPULATION AND ORDER
CR 05-00339 JSW                      2